618

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Benjamin QUINONEZ, Defendant–
Appellant.**

**No. 06–30624.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 14, 2008 *.

Filed Jan. 18, 2008.

Michael Joseph Fica, Esq., USPO–Office of the U.S. Attorney, Pocatello, ID, for Plaintiff–Appellee.

Dennis A. Benjamin, Esq., Nevin Benjamin & McKay, LLP, Boise, ID, for Defendant–Appellant.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

MEMORANDUM **

Following a limited remand pursuant to *United States v. Ameline,* 409 F.3d 1073 (9th Cir.2005) (en banc), Benjamin Quinonez appeals from the district court's order concluding that it would not have imposed a materially different sentence had it known that the United States Sentencing Guidelines were advisory. We have juris-

diction pursuant to 28 U.S.C. § 1291, and we affirm.

Quinonez contends that the district court erred on remand because the sentence was unreasonable. However, this contention is unreviewable. *See United States v. Combs,* 470 F.3d 1294, 1296–97 (9th Cir. 2006). To the extent Quinonez contends that the district court did not understand its discretion to impose a non-Guidelines sentence, this contention is belied by the record. *See id.*

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.